■ In the Matter of IAN HUNTER et al., Appellants-Respondents, v PETER W. MITCHELL et al., Respondents-Appellants, and GEORGE D. SALERNO et al., Constituting the Board of Elections of the State of New York, Respondents. (Appeal No. 2.)—Judgment unanimously affirmed, without

costs. Same memorandum as in *Matter of Hunter v Compagni,* Appeal No. 1 (74 AD2d 1000). (Appeal from judgment of Onondaga Supreme Court—Election Law.) Present—Cardamone, J. P., Simons, Schnepp, Doerr and Witmer, JJ. (Decided March 19, 1980.)